**Nancy Erfle, OSB #902570**
Email nerfle@schwabe.com
**Rebecca A. Lindemann, OSB #074801**
Email rlindemann@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

**Thomas M. Crispi, admitted** *pro hac vice*
Email tcrispi@schiffhardin.com
**Alex P. Catalona, admitted** *pro hac vice*
Email acatalona@schiffhardin.com
Schiff Hardin LLP
One Market Plaza, Spear Tr., 32nd Fl.
San Francisco, CA  94105
Telephone 415.901.8700

Of Attorneys for Defendant Emerson Electric Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST EVALUATION ASSOCIATION, INC.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**EMERSON ELECTRIC COMPANY,**<br><br>　　　　Defendant. | No. CV 3:10-01491 BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Page 1 -    STIPULATED JUDGMENT OF DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/111003/179307/NME/9344907.1

Plaintiff and its attorney, Jeff Lindberg, and defendant, by and through its attorney, Nancy Erfle, hereby jointly stipulated that the pending case shall be dismissed with prejudice and without costs to either side.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the pending lawsuit is dismissed with prejudice and without costs.

_____
United States District Judge

IT IS SO STIPULATED.

_____      4/23/2012
Jeff Lindberg, OSB #013294           Date

_____      5/3/12
Nancy Erfle, OSB #902570           Date

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/111003/179307/NME/9344907.1